## MISCELLANEOUS DISMISSALS

**94–2764.** State ex rel. Wells v. Trimble. *Franklin County,* No. 93APD11–1555. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. Appellant's merit brief was due March 13, 1995. It appears from the records of this court that appellant has not filed a merit brief in compliance with the Rules of Practice of the Supreme Court and therefore has failed to prosecute this cause with the requisite diligence. Upon consideration thereof,

IT IS ORDERED by the court that this cause be, and hereby is, dismissed *sua sponte,* effective March 17, 1995.

**95–40.** State ex rel. Best v. Indus. Comm. *Franklin County,* No. 93APD10–1446. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County. Appellant's merit brief was due March 13, 1995. It appears from the records of this court that appellant has not filed a merit brief in compliance with the Rules of Practice of the Supreme Court and therefore has failed to prosecute this cause with the requisite diligence. Upon consideration thereof,

IT IS ORDERED by the court that this cause be, and hereby is, dismissed *sua sponte,* effective March 17, 1995.

*Wednesday, March 29, 1995*

## MERIT DOCKET

**95–273.** State ex rel. Dehler v. Eighth Dist. Court of Appeals. In Procedendo. *Sua sponte,* cause dismissed.

F.E. SWEENEY, J., dissents and would grant an alternative writ.

**95–288.** State ex rel. Gaskins v. Cleveland. In Mandamus. On answer of respondent. Answer treated as motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.

**95–290.** State ex rel. Bailey v. Ohio Dept. of Rehab. & Corr. In Mandamus. On answer of respondent. Answer treated as motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and COOK, JJ., concur.

PFEIFER, J., dissents and would grant an alternative writ.

**95–353.** Mardis v. Scioto Cty. Court of Appeals. In Mandamus. On answer of respondent. Answer treated as motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.

**95–396.** State ex rel. Wren v. Oliver. In Mandamus. *Sua sponte,* cause dismissed.

MOYER, C.J., DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY, PFEIFER and COOK, JJ., concur.